```
                      UNITED STATES BANKRUPTCY COURT
                       SOUTHERN DISTRICT OF OHIO                    0009
                        WESTERN DIVISION AT DAYTON

IN RE:                                     : CASE NO: 05-34055
NATHAN CROUCH                              :      (Chapter 13)
26 PLEASANT AVE                            : JUDGE THOMAS F. WALDRON
                                           :
TROTWOOD OH                                :
            45426-0000                     :
-------------------------------------------------------------------------
              NOTICE TO ALLOW SECURED CLAIM OF US BANK
                  AND NOTICE OF OPPORTUNITY TO OBJECT
-------------------------------------------------------------------------
```

Notice is hereby given that the trustee intends to treat the following claim(s)
as designated. This claim was not scheduled as secured.

Any objection to the proof of claim must be filed by the debtor pursuant to
LBR 3007-1 by November 25, 2005. Such objection shall be filed as an objection
to the specific claim and not as an objection or response to this Notice.
Absent an objection to the claim the Trustee will treat the claim as herein
provided.

                              _/s/_Jeffrey M Kellner____mb
                              Jeffrey M. Kellner 0022205
                              Chapter 13 Trustee
                              131 N. Ludlow Street, Suite 900
                              Dayton, Ohio 45402
                              (937) 222-7600  Fax (937)222-7383
                              email: chapter13@dayton13.com

```
-------------------------------------------------------------------------
NAME AND ADDRESS OF CREDITOR
-------------------------------------------------------------------------
US BANK                        TRUSTEE'S CLAIM NO: 0009 AMENDED: 07/01/05
4801 FREDRICA ST               Court's Claim Number: 2
                               TYPE: X-MORTGAGE ADD. CHARGES
OWENSBORO KY                   ACCT: 7890490377
42301-0000                     CLAIM AMT: $ 711.00
                               MONTHLY PYMT: N/A        INTEREST RATE: N/A
MB/TC #2/#                     COMMENT: EST COURT COSTS
                                                  PAY  100.00% OF CLAIM
-------------------------------------------------------------------------
```

```
          C H A P T E R   1 3   O F F I C E
                 JEFFREY M. KELLNER
                 CHAPTER 13 TRUSTEE
                 131 N. LUDLOW STREET
                       SUITE 900
                 DAYTON, OHIO 45402-1161
                 TELEPHONE (937)222-7600
                    FAX:  (937) 222-7383
```

I M P O R T A N T   N O T I C E   R E G A R D I N G   C L A I M S


The Trustee has processed the proofs-of-claim as filed.

The Trustee has not made any determination as to the validity or amount of any proof-of-claim.

The Trustee has not made any determination if any proof-of-claim filed secured is in fact secured by the perfection of a security interest or if the claim has sufficient documentation attached to demonstrate the perfection.

The Trustee has not made any determination as to the priority validity of any proof-of-claim files as a priority claim.

Any objection to the allowance of a claim as secured, priority or unsecured should be done by the debtor.



                                                    Jeffrey M. Kellner
                                                    Chapter 13 Trustee

Certificate of Service                                          05-34055

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

```
NATHAN CROUCH                     26 PLEASANT AVE
                                  TROTWOOD OH                  45426-0000
KAREN E HAMILTON                  31 E WHITTER STREET
                                  COLUMBUS OH                  43206-0000
OFFICE OF THE U S TRUSTEE         170 NORTH HIGH ST
  SUITE 200                       COLUMBUS OH                  43215-0000
```

        Jeffrey M. Kellner, Trustee  BY _/s/ Jeffrey M. Kellner_

        1024MB624_126478
           ###