```
                    UNITED STATES BANKRUPTCY COURT
                     SOUTHERN DISTRICT OF OHIO                    0009
                      WESTERN DIVISION AT DAYTON


IN RE:                                    : CASE NO: 05-34055
NATHAN CROUCH                             :      (Chapter 13)
26 PLEASANT AVE                           : JUDGE THOMAS F. WALDRON
                                          :
TROTWOOD OH                               :
         45426-0000                       :
-------------------------------------------------------------------------
              NOTICE TO ALLOW SECURED CLAIM OF US BANK
                 AND NOTICE OF OPPORTUNITY TO OBJECT
-------------------------------------------------------------------------
```

Notice is hereby given that the trustee intends to treat the following claim(s) as designated. This claim was not scheduled as secured.

Any objection to the proof of claim must be filed by the debtor pursuant to LBR 3007-1 by November 26, 2005. Such objection shall be filed as an objection to the specific claim and not as an objection or response to this Notice. Absent an objection to the claim the Trustee will treat the claim as herein provided.

```
                              _/s/_Jeffrey M Kellner____tt
                              Jeffrey M. Kellner 0022205
                              Chapter 13 Trustee
                              131 N. Ludlow Street, Suite 900
                              Dayton, Ohio 45402
                              (937) 222-7600  Fax (937)222-7383
                              email: chapter13@dayton13.com
```

---
NAME AND ADDRESS OF CREDITOR
---

```
US BANK                       TRUSTEE'S CLAIM NO: 0009 AMENDED: 07/01/05
4801 FREDRICA ST              Court's Claim Number: 3
                              TYPE: X-MORTGAGE ADD. CHARGES
OWENSBORO KY                  ACCT: 7890490377
42301-0000                    CLAIM AMT: $ 711.00
                              MONTHLY PYMT: N/A     INTEREST RATE: N/A
MB/TC #2/#                    COMMENT: EST COURT COSTS
                                              PAY 100.00% OF CLAIM
```
---

```
                  C H A P T E R   1 3   O F F I C E
                        JEFFREY M. KELLNER
                        CHAPTER 13 TRUSTEE
                       131 N. LUDLOW STREET
                            SUITE 900
                      DAYTON, OHIO 45402-1161
                     TELEPHONE (937)222-7600
                        FAX:  (937) 222-7383
```

I M P O R T A N T   N O T I C E   R E G A R D I N G   C L A I M S

The Trustee has processed the proofs-of-claim as filed.

The Trustee has not made any determination as to the validity or amount of any proof-of-claim.

The Trustee has not made any determination if any proof-of-claim filed secured is in fact secured by the perfection of a security interest or if the claim has sufficient documentation attached to demonstrate the perfection.

The Trustee has not made any determination as to the priority validity of any proof-of-claim files as a priority claim.

Any objection to the allowance of a claim as secured, priority or unsecured should be done by the debtor.


                                                    Jeffrey M. Kellner
                                                    Chapter 13 Trustee

Certificate of Service                                              05-34055

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

| | | |
|---|---|---|
| NATHAN CROUCH | 26 PLEASANT AVE | |
| | TROTWOOD OH | 45426-0000 |
| KAREN E HAMILTON | 31 E WHITTER STREET | |
| | COLUMBUS OH | 43206-0000 |
| OFFICE OF THE U S TRUSTEE | 170 NORTH HIGH ST | |
| SUITE 200 | COLUMBUS OH | 43215-0000 |

Jeffrey M. Kellner, Trustee  BY _/s/ Jeffrey M. Kellner_

1025TT624_111778
###