```
                    UNITED STATES BANKRUPTCY COURT
                     SOUTHERN DISTRICT OF OHIO                         0003
                      WESTERN DIVISION AT DAYTON
```

```
IN RE:                                     : CASE NO: 05-34055
NATHAN CROUCH                              :      (Chapter 13)
26 PLEASANT AVE                            : JUDGE THOMAS F. WALDRON
                                           :
TROTWOOD OH                                :
         45426-0000                        :
```
--------------------------------------------------------------------------
             NOTICE TO ALLOW SECURED CLAIM OF US BANK
                 AND NOTICE OF OPPORTUNITY TO OBJECT
--------------------------------------------------------------------------

Notice is hereby given that the trustee intends to treat the following claim(s) as designated. This claim was not scheduled as secured.

Any objection to the proof of claim must be filed by the debtor pursuant to LBR 3007-1 by November 26, 2005. Such objection shall be filed as an objection to the specific claim and not as an objection or response to this Notice. Absent an objection to the claim the Trustee will treat the claim as herein provided.

```
                            _/s/_Jeffrey M Kellner____tt
                            Jeffrey M. Kellner 0022205
                            Chapter 13 Trustee
                            131 N. Ludlow Street, Suite 900
                            Dayton, Ohio 45402
                            (937) 222-7600  Fax (937)222-7383
                            email: chapter13@dayton13.com
```

--------------------------------------------------------------------------
NAME AND ADDRESS OF CREDITOR
--------------------------------------------------------------------------
```
US BANK                       TRUSTEE'S CLAIM NO: 0003 AMENDED: 07/01/05
4801 FREDRICA ST              Court's Claim Number: 3
                              TYPE: e-MORTG ARREAR/NO INTEREST
OWENSBORO KY                  ACCT: 7890490377
42301-0000                    CLAIM AMT: $ 3555.25
                              MONTHLY PYMT: N/A        INTEREST RATE: N/A
MB/TC #2/#                    COMMENT: THRU 04/05
                                              PAY   100.00% OF CLAIM
```
--------------------------------------------------------------------------

```
           C H A P T E R   1 3   O F F I C E
                 JEFFREY M. KELLNER
                 CHAPTER 13 TRUSTEE
                131 N. LUDLOW STREET
                      SUITE 900
                DAYTON, OHIO 45402-1161
                TELEPHONE (937)222-7600
                  FAX:  (937) 222-7383
```

I M P O R T A N T    N O T I C E    R E G A R D I N G    C L A I M S

The Trustee has processed the proofs-of-claim as filed.

The Trustee has not made any determination as to the validity or amount of any proof-of-claim.

The Trustee has not made any determination if any proof-of-claim filed secured is in fact secured by the perfection of a security interest or if the claim has sufficient documentation attached to demonstrate the perfection.

The Trustee has not made any determination as to the priority validity of any proof-of-claim files as a priority claim.

Any objection to the allowance of a claim as secured, priority or unsecured should be done by the debtor.

                                                    Jeffrey M. Kellner
                                                    Chapter 13 Trustee

Certificate of Service                05-34055

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

| | | |
|---|---|---|
| NATHAN CROUCH | 26 PLEASANT AVE | |
| | TROTWOOD OH | 45426-0000 |
| KAREN E HAMILTON | 31 E WHITTER STREET | |
| | COLUMBUS OH | 43206-0000 |
| OFFICE OF THE U S TRUSTEE | 170 NORTH HIGH ST | |
|   SUITE 200 | COLUMBUS OH | 43215-0000 |

Jeffrey M. Kellner, Trustee  BY _/s/ Jeffrey M. Kellner_

1025TT624_111764
###