```
IN RE:                                    : CASE NO: 05-34055
NATHAN CROUCH                             :          (Chapter 13)
26 PLEASANT AVE                           : JUDGE THOMAS F. WALDRON
                                          :
TROTWOOD OH                               :
              45426-0000                  :
```
--------------------------------------------------------------------------------
   NOTICE OF ALLOWANCE OF ADDITIONAL CLAIM AND NOTICE OF OPPORTUNITY TO OBJECT
--------------------------------------------------------------------------------
Notice is hereby given that the trustee intends to treat the following claim(s)
as designated.

Some of the claim(s) may be paid a greater percentage than shown hereon due to
special plan provisions

Some of the claim(s) may be duplications or amended claim(s). It is the
debtor(s) and attorney's responsibility to review the claim(s) and object as
necessary.

   Any objection(s) to the proposed treatment of the claims must be filed by
the debtor pursuant to LBR 3007-1 by October 28, 2006. Such objection shall be
filed as an objection to the specific claim and not as an objection or response
to this Notice. Absent an objection the Trustee will treat the claims as herein
provided.


                    _/s/_Jeffrey M Kellner_____lo
                    Jeffrey M. Kellner 0022205
                    Chapter 13 Trustee
                    131 N. Ludlow Street, Suite 900
                    Dayton, Ohio 45402
                    (937) 222-7600  Fax (937)222-7383
                    email: chapter13@dayton13.com

--------------------------------------------------------------------------------
NAME AND ADDRESS OF CREDITOR
--------------------------------------------------------------------------------
US BANK                      TRUSTEE'S CLAIM NO: 0014 AMENDED: 07/19/2006
4801 FREDRICA ST             TYPE: H-CONTINUING DEBT
                             ACCT: 7890490377
OWENSBORO KY                 CLAIM AMT: (CONT DEBT)
42301-0000                   MONTHLY PYMT:  $ 576.47   INTEREST RATE: N/A
TC                           COMMENT: START 10/06

                                       PAY  100.00% OF CLAIM
--------------------------------------------------------------------------------

```
           C H A P T E R   1 3   O F F I C E
                 JEFFREY M. KELLNER
                 CHAPTER 13 TRUSTEE
                 131 N. LUDLOW STREET
                      SUITE 900
               DAYTON, OHIO 45402-1161
                TELEPHONE (937)222-7600
                 FAX:  (937) 222-7383


    I M P O R T A N T   N O T I C E   R E G A R D I N G   C L A I M S
```

The Trustee has processed the proofs-of-claim as filed.

The Trustee has not made any determination as to the validity or amount of any proof-of-claim.

The Trustee has not made any determination if any proof-of-claim filed secured is in fact secured by the perfection of a security interest or if the claim has sufficient documentation attached to demonstrate the perfection.

The Trustee has not made any determination as to the priority validity of any proof-of-claim files as a priority claim.

Any objection to the allowance of a claim as secured, priority or unsecured should be done by the debtor.


                              Jeffrey M. Kellner
                              Chapter 13 Trustee

Certificate of Service                                      05-34055

I hereby certify that a copy of the attached was served by electronic service
or was mailed by first class mail to each of the following on the date of
the electronic filing.

NATHAN CROUCH                        26 PLEASANT AVE
                                     TROTWOOD OH                    45426-0000
KAREN E HAMILTON                     31 E WHITTIER ST
                                     COLUMBUS OH                    43206-0000
OFFICE OF THE U S TRUSTEE            170 NORTH HIGH ST
  SUITE 200                          COLUMBUS OH                    43215-0000

                    Jeffrey M. Kellner, Trustee  BY _/s/ Jeffrey M. Kellner_

                    0926LO045_104192
                          ###