```
                              UNITED STATES BANKRUPTCY COURT
                               SOUTHERN DISTRICT OF OHIO                          0015
                                WESTERN DIVISION AT DAYTON


IN RE:                                          : CASE NO: 05-34055
NATHAN CROUCH                                   :       (Chapter 13)
26 PLEASANT AVE                                 : JUDGE THOMAS F. WALDRON
                                                :
TROTWOOD OH                                     :
            45426-0000                          :
------------------------------------------------------------------------------
     NOTICE OF ALLOWANCE OF ADDITIONAL CLAIM AND NOTICE OF OPPORTUNITY TO OBJECT
------------------------------------------------------------------------------
```

Notice is hereby given that the trustee intends to treat the following claim(s) as designated.

Some of the claim(s) may be paid a greater percentage than shown hereon due to special plan provisions

Some of the claim(s) may be duplications or amended claim(s). It is the debtor(s) and attorney's responsibility to review the claim(s) and object as necessary.

　　　Any objection(s) to the proposed treatment of the claims must be filed by the debtor pursuant to LBR 3007-1 by October 28, 2007. Such objection shall be filed as an objection to the specific claim and not as an objection or response to this Notice. Absent an objection the Trustee will treat the claims as herein provided.

```
                                    _/s/_Jeffrey M Kellner____jf
                                    Jeffrey M. Kellner 0022205
                                    Chapter 13 Trustee
                                    131 N. Ludlow Street, Suite 900
                                    Dayton, Ohio 45402
                                    (937) 222-7600  Fax (937)222-7383
                                    email: chapter13@dayton13.com
```

------------------------------------------------------------------------------
NAME AND ADDRESS OF CREDITOR
------------------------------------------------------------------------------
```
US BANK                        TRUSTEE'S CLAIM NO: 0015 AMENDED: 07/27/2007
4801 FREDRICA ST               TYPE: H-CONTINUING DEBT
                               ACCT: 7890490377
OWENSBORO KY                   CLAIM AMT: (CONT DEBT)
42301-0000                     MONTHLY PYMT:  $ 562.38   INTEREST RATE: N/A
TC                             COMMENT: START 10/07
                                                    PAY   100.00% OF CLAIM
```
------------------------------------------------------------------------------

                    C H A P T E R   1 3   O F F I C E
                         JEFFREY M. KELLNER
                         CHAPTER 13 TRUSTEE
                         131 N. LUDLOW STREET
                              SUITE 900
                         DAYTON, OHIO 45402-1161
                         TELEPHONE (937)222-7600
                          FAX:  (937) 222-7383


    I M P O R T A N T    N O T I C E    R E G A R D I N G    C L A I M S


The Trustee has processed the proofs-of-claim as filed.

The Trustee has not made any determination as to the validity or amount of any
proof-of-claim.

The Trustee has not made any determination if any proof-of-claim filed secured
is in fact secured by the perfection of a security interest or if the claim has
sufficient documentation attached to demonstrate the perfection.

The Trustee has not made any determination as to the priority validity of any
proof-of-claim files as a priority claim.

Any objection to the allowance of a claim as secured, priority or unsecured
should be done by the debtor.



                                                    Jeffrey M. Kellner
                                                    Chapter 13 Trustee

Certificate of Service                                            05-34055

I hereby certify that a copy of the attached was served by electronic service
or was mailed by first class mail to each of the following on the date of
the electronic filing.

| | | |
|---|---|---|
| NATHAN CROUCH | 26 PLEASANT AVE | |
| | TROTWOOD OH | 45426-0000 |
| KAREN E HAMILTON | 31 E WHITTIER ST | |
| | COLUMBUS OH | 43206-0000 |
| (101997) NATHAN L. SWEHLA | LERNER SAMPSON & ROTHFUSS | |
| BOX 5480 | CINCINNATI, OH | 45201-0000 |
| OFFICE OF THE U S TRUSTEE | 170 NORTH HIGH ST | |
| SUITE 200 | COLUMBUS OH | 43215-0000 |

Jeffrey M. Kellner, Trustee  BY _/s/ Jeffrey M. Kellner_

0926JF045_102342
###