```
              UNITED STATES BANKRUPTCY COURT
               SOUTHERN DISTRICT OF OHIO                      0016
                WESTERN DIVISION AT DAYTON
```

```
IN RE:                          : CASE NO: 05-34055
NATHAN CROUCH                   :        (Chapter 13)
26 PLEASANT AVE                 : JUDGE GUY R. HUMPHREY
                                :
TROTWOOD OH                     :
            45426-0000          :
------------------------------------------------------------------------
   NOTICE OF ALLOWANCE OF ADDITIONAL CLAIM AND NOTICE OF OPPORTUNITY TO OBJECT
------------------------------------------------------------------------
```

Notice is hereby given that the trustee intends to treat the following claim(s) as designated.

Some of the claim(s) may be paid a greater percentage than shown hereon due to special plan provisions

Some of the claim(s) may be duplications or amended claim(s). It is the debtor(s) and attorney's responsibility to review the claim(s) and object as necessary.

   Any objection(s) to the proposed treatment of the claims must be filed by the debtor pursuant to LBR 3007-1 by November 2, 2008. Such objection shall be filed as an objection to the specific claim and not as an objection or response to this Notice. Absent an objection the Trustee will treat the claims as herein provided.

```
                         _/s/_Jeffrey M Kellner_____jf
                         Jeffrey M. Kellner 0022205
                         Chapter 13 Trustee
                         131 N. Ludlow Street, Suite 900
                         Dayton, Ohio 45402
                         (937) 222-7600  Fax (937)222-7383
                         email: chapter13@dayton13.com
```

```
------------------------------------------------------------------------
NAME AND ADDRESS OF CREDITOR
------------------------------------------------------------------------
US BANK               TRUSTEE'S CLAIM NO: 0016 AMENDED: 07/25/2008
4801 FREDRICA ST      TYPE: H-CONTINUING DEBT
                      ACCT: 7890490377
OWENSBORO KY          CLAIM AMT: (CONT DEBT)
42301-0000            MONTHLY PYMT:  $ 588.30  INTEREST RATE: N/A
TC                    COMMENT: START 10/08

                                     PAY  100.00% OF CLAIM
------------------------------------------------------------------------
```

C H A P T E R   1 3   O F F I C E
JEFFREY M. KELLNER
CHAPTER 13 TRUSTEE
131 N. LUDLOW STREET
SUITE 900
DAYTON, OHIO 45402-1161
TELEPHONE (937)222-7600
FAX:  (937) 222-7383

I M P O R T A N T   N O T I C E   R E G A R D I N G   C L A I M S

The Trustee has processed the proofs-of-claim as filed.

The Trustee has not made any determination as to the validity or amount of any proof-of-claim.

The Trustee has not made any determination if any proof-of-claim filed secured is in fact secured by the perfection of a security interest or if the claim has sufficient documentation attached to demonstrate the perfection.

The Trustee has not made any determination as to the priority validity of any proof-of-claim files as a priority claim.

Any objection to the allowance of a claim as secured, priority or unsecured should be done by the debtor.

Jeffrey M. Kellner
Chapter 13 Trustee

I hereby certify that a copy of the attached was served by electronic service
or was mailed by first class mail to each of the following on the date of
the electronic filing.

NATHAN CROUCH                          26 PLEASANT AVE
                                       TROTWOOD OH                    45426-0000
KAREN E HAMILTON                       31 E WHITTIER ST
                                       COLUMBUS OH                        43206-0000
(101997) NATHAN L. SWEHLA                LERNER SAMPSON & ROTHFUSS
    BOX 5480                             CINCINNATI, OH                   45201-0000
OFFICE OF THE U S TRUSTEE              170 NORTH HIGH ST
   SUITE 200                           COLUMBUS OH                        43215-0000

              Jeffrey M. Kellner, Trustee  BY _/s/ Jeffrey M. Kellner_

                        1001JF045_079911
                              ###